**FILED**

December 11, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )          Case No. CR.S-07-0543-EJG
                                    )
v.                                  )          ORDER FOR RELEASE OF
TIMOTHY STOLESE,                    )          PERSON IN CUSTODY
                                    )
          Defendant.                )
                                    )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release TIMOTHY STOLESE, Case No. CR.S-07-

0543-EJG  from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

        ____     Release on Personal Recognizance

        _X_     Bail Posted in the Sum of: $50,000.00

                ____     Appearance Bond with Surety

                _X_     Unsecured Appearance Bond

                _X_     (Other)  Conditions as stated on the record

                ____     (Other)

        This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

        Issued at  Sacramento, CA  on  December 11, 2007   at  2:46 p.m.          .

                                        By   /s/ Edmund F. Brennan
                                        _____

                                             Edmund F. Brennan
                                             United States Magistrate Judge