1 STEPHEN P. NARATIL
California Bar No. 174825
2 Law Offices of Stephen P. Naratil
601 First Street, Suite 250B
3 Benicia, CA  94510
Telephone (707) 747-6666
4 Facsimile (707) 747-6610

5 Attorneys for Defendant

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 UNITED STATES OF AMERICA,              )   Case No.: CRS-07-0543-EJG
                                         )
12            Plaintiff,                 )   **STIPULATION TO CONTINUE STATUS;**
                                         )   **ORDER TO EXTEND TIME FOR HEARING**
13    vs.                                )   **AND EXCLUDE TIME**
                                         )
14 TIMOTHY STOLESE,                      )
                                         )
15            Defendant.                 )
   _____ )

16

17    The parties agree that time beginning June 6, 2008 and extending through July 18, 2008 should

18 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of

19 justice are served by the Court excluding such time, so that counsel for the defendant may have

20 reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

21 and so that the defendant may have continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).  The parties

22 stipulate and agree that the interests of justice served by granting this continuance outweigh the best

23 interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

24    The parties further request that this matter be taken off the June 6, 2008, calendar and be

25 rescheduled to July 18, 2008, at 10:00 a.m.

26

27

28

Respectfully submitted,

Dated: June 3, 2008                    By:    /s/Stephen P. Naratil
                                              STEPHEN P. NARATIL
                                              Attorney for Defendant, Troy L. Cardoso

Dated: June 3, 2008                    By:    /s/ Carolyn Delaney
                                              CAROLYN DELANEY
                                              Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  June 4, 2008                          /s/ Edward J. Garcia
                                              EDWARD J. GARCIA, U. S. DISTRICT JUDGE