1  STEPHEN P. NARATIL
   California Bar No.: 174825
2  Law Offices of Stephen P. Naratil
3  601 1st Street, Suite 250B
   Benicia, California 94510
4  Telephone (707) 747-6666
5  Facsimile (707) 747-6610

6  Attorney for Defendant
   Timothy Stolese
7

**FILED**

AUG 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

8
## UNITED STATES DISTRICT COURT
9
## EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: CRS-07-0543-EJG |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS; ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME** |
| vs. | |
| TIMOTHY STOLESE, | |
| Defendant. | |

20    The parties agree that time beginning August 29, 2008 and extending through
21 September 19, 2008 should be excluded from the calculation of time under the Speedy Trial
22 Act. The parties submit that the ends of justice are served by the Court excluding such time,
23 so that counsel for the defendant may have reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence, and so that the defendant may
25 have continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv). The parties stipulate and agree
26 that the interests of justice served by granting this continuance outweigh the best interests of
27 the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).
28    The parties further request that this matter be taken off the August 29, 2008,

1

calendar and be rescheduled to September 12 or September 19, 2008, at 10:00 a.m.

Respectfully submitted,

Dated:   August 27, 2008                              By:/s/Stephen P. Naratil
                                                      STEPHEN P. NARATIL
                                                      Attorney for Defendant,
                                                      Timothy Stolese

Dated:   August 27, 2008                              By:/s/ Laura Ferris
                                                      LAURA FERRIS
                                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:   8/28/08

_____
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT

2