| | |
|---|---|
| 1 | STEPHEN P. NARATIL |
| 2 | California Bar No.: 174825<br>Law Offices of Stephen P. Naratil |
| 3 | 601 1st Street, Suite 250B<br>Benicia, California 94510 |
| 4 | Telephone (707) 747-6666 |
| 5 | Facsimile (707) 747-6610 |
| 6 | Attorney for Defendant<br>Timothy Stolese |

FILED

SEP 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CIEJG

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | Case No.: CRS-07-0543-EJG |
| Plaintiff, | ) ) ) ) | **STIPULATION TO CONTINUE STATUS; ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME** |
| vs. | ) ) | |
| TIMOTHY STOLESE, | ) ) ) | |
| Defendant. | ) ) | |

The parties agree that time beginning September 19, 2008 and extending through September 26, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the September 19, 2008,

1

calendar and be rescheduled to September 26, 2008, at 10:00 a.m.

                                                         Respectfully submitted,

Dated:  September 18, 2008                    By:/s/Stephen P. Naratil
                                                          STEPHEN P. NARATIL
                                                          Attorney for Defendant,
                                                          Timothy Stolese

Dated:  September 18, 2008                    By:/s/ Laura Ferris
                                                          LAURA FERRIS
                                                          Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  9/18/08

_____
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT