```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2932
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-cr-00543-EFG
                                 )
12            Plaintiff,         )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13       v.                      )
                                 )
14  TIMOTHY STOLESE,             )
                                 )
15            Defendant.         )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Timothy Stolese, it is
19  hereby
20       ORDERED, ADJUDGED AND DECREED as follows:
21       1.  Pursuant to 18 U.S.C. § 2253, the following property
22  shall be condemned and forfeited to the United States of America,
23  to be disposed of according to law:
24            a)   Dell laptop, IBM Travelstar;
25            b)   Generic computer located in the living room at
                   5827 Lupin Lane, Pollock Pines, California, on
26                 September 13, 2007;
27            c)   Generic computer located in the upstairs
                   bedroom/office at the 5827 Lupin Lane, Pollock
28                 Pines, California, on September 13, 2007;
```

        d)    Seagate 80 GB hard drive;

        e)    Seagate 40 GB hard drive; and

        f)    2 zip disks.

2. The above-listed property includes visual depictions of minors engaged in sexually explicit conduct as described in 18 U.S.C. § 2256 and constitutes property that was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, in a manner consistent with the provisions of Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov). Any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30)

days of the final publication of the notice or receipt of direct written notice, whichever is earlier.

     b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, and any additional facts supporting the petitioner's claim, and the relief sought.

     c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 3rd day of November, 2008.

    /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge