```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00543-EFG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY STOLESE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about November 5, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Timothy Stolese forfeiting to the United States the following property:

        a)    Dell laptop, IBM Travelstar;

        b)    Generic computer located in the living room at 5827 Lupin Lane, Pollock Pines, California, on September 13, 2007;

        c)    Generic computer located in the upstairs bedroom/office at the 5827 Lupin Lane, Pollock Pines, California, on September 13, 2007;

        d)    Seagate 80 GB hard drive;

        e)    Seagate 40 GB hard drive; and

f)   2 zip disks.

    AND WHEREAS, beginning on November 19, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Timothy Stolese.

    2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED THIS 18th day of March, 2009.


                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge