1  STEPHEN P. NARATIL
   California Bar No.: 174825
2  Law Offices of Stephen P. Naratil
3  601 1st Street, Suite 250B
   Benicia, California 94510
4  Telephone (707) 747-6666
   Facsimile (707) 747-6610
5

6  Attorney for Defendant
   Timothy Stolese
7

**FILED**

JAN 4 2010

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: CRS-07-0543-EJG  **PROPOSED ORDER FOR RECONVEYANCE OF PROPERTY** |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| TIMOTHY STOLESE, | | |
| Defendant. | | |

It is hereby requested that this court order a reconveyance of the property that was posted by Betty Stolese in January 2008.

The property that is requested to be reconveyed is 11548 Bear Valley Court, Gold River, Ca. 95670.

It is further requested, that if this proposed order is approved, that the order be sent to the property owner, Betty Stolese, at 11548 Bear Valley Court, Gold River, Ca. 95670.

\ \ \

\ \ \

\ \ \

1

1

                                        Respectfully submitted,

2

3

4    Dated:    December 29, 2009                    By:/s/Stephen P. Naratil

5                                                            STEPHEN P. NARATIL
                                                             Attorney for Defendant,

6

7

8

9

10        IT IS HEREBY ORDERED that the property that was previously posted as

11    collateral in this case, located at 11548 Bear Valley Court, Gold River, California 95670, be

12

13    reconveyed to the property owner, Betty Stolese.

14

15    **IT IS SO ORDERED:**

16

17    Dated:    1/4/10

18

19

20

21    _____
    HONORABLE EDWARD J. GARCIA
22    UNITED STATES DISTRICT COURT

23

24

25

26

27

28